Jack Rutherford (SBN 268669)
jack.rutherford@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
12300 Wilshire Blvd, Ste 200
Los Angeles, CA 90025
Tel: (213) 755-8981
Fax: (213) 757-6101

Deanna N. Pihos (SBN 291249)
dpihos@lawmbg.com
**MINER, BARNHILL & GALLAND, P.C.**
2660 Townsgate Road
800 Village Park, Suite C
Westlake Village, CA 91361
Tel.: (312) 751-1170

*Attorneys for Plaintiffs*
(*Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Garden Grove Chemical Plant Evacuation* | Master File Case No. 8:26-cv-01293-MRA-KES<br><br>Hon. Monica Ramirez Almadani<br>Hon. Magistrate Judge Karen E. Scott<br><br>**THE *CAREY* GROUP'S JOINT APPLICATION FOR CONSIDERATION AS INTERIM CLASS COUNSEL** |

This application for interim leadership appointments under Federal Rule of Civil Procedure 23(g) is submitted by counsel in the following matters, collectively referred to as "the *Carey* Group": *Carey et al. v. GKN Aerospace Transparency Sys., Inc. et al.*, No. 8:26-cv-01723; *Burciaga et al. v. GKN Aerospace Services Limited et al.*, No. 8:26-cv-01724; and *Mariscal et al. v. GKN Aerospace Transparency Sys., Inc. et al.*, No. 8:26-cv-01718. A notice of related cases and of this Court's July 8, 2026 Consolidation Order has been served in each of these matters. The *Carey* Group Plaintiffs look forward to proceeding in this consolidated action.[1]

**A. Introduction to the *Carey* Group**

The *Carey* Group comprises six law firms: Collins Law Group, PC.; DiCello Levitt LLP; Miner, Barnhill & Galland, PC; Morgan & Morgan, LLP; Panish Shea Ravipudi LLP; and Weitz & Luxenberg, PC. Firm resumes are attached as Exhibits 1-6. The *Carey* Group has the experience, knowledge, and resources to represent the class in this matter. The diverse team of litigators described below has prosecuted many similar cases, achieving victories for individuals and communities affected by environmental harms. The Group's experience includes:

- A $1.8 billion settlement for residents and businesses impacted by a well blowout and methane gas leak that forced 8,000+ families to evacuate and temporarily relocate.[2]
- More than $20 billion in settlements with private plaintiffs affected by a BP oil spill.[3]
- A $100 million class settlement for property damage from a chemical plant fire.[4]

---

[1] Each of these actions was filed in California Superior Court and subsequently removed by Defendants to this Court. The *Carey* Group Plaintiffs do not intend to seek remand.

[2] *In re Southern California Gas Leak Cases*, JCCP No. 4861 (Cal. Sup. Ct.).

[3] *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.).

[4] *Grasley, et al. v. Chemtool Inc.*, No. 2021-L-0000162 (Ill. Cir. Ct.).

- A $600 million class settlement for impacts of a train derailment and fire.[5]
- A $143 million class settlement for individuals and businesses impacted by a catastrophic over-pressurization of a gas utility system.[6]
- A $363 million jury verdict on behalf of a cancer survivor against a medical sterilization facility that emitted a known carcinogen into a residential area.[7]

The *Carey* Group's ability to work well together is not merely prospective. Five of the six firms serve together in leadership roles in a putative class action arising from a catastrophic chemical release that resulted in evacuation and shelter-in-place orders impacting more than 100,000 people. *See In re Bio-Lab Class Actions*, No. 1:24-CV-4407 (N.D. Ga.). The Group's established working relationship will enable it to assume leadership immediately and efficiently.

**B. Overview of Leadership Proposal**

The *Carey* Group's proposal is inclusive and appropriately sized to meet the needs of this litigation without becoming unwieldy. It also preserves the Court's flexibility to appoint additional applicants beyond those identified below, if the Court so desires.

**Co-Lead Counsel: Deanna Pihos & Jack Rutherford.** The *Carey* Group requests that the Court appoint Deanna Pihos (Miner, Barnhill & Galland) and Jack Rutherford (Morgan & Morgan) as co-leads to coordinate and direct the litigation activities of Plaintiffs' counsel, including providing oversight to the Plaintiffs' Executive Committee ("PEC"), ensuring compliance with Court orders, and communicating with opposing counsel and the Court.

**PEC: Devin Bolton, Daniel Rock Flynn, Jesse Creed, Margaret Galka.** The *Carey* Group respectfully requests that the Court appoint Devin Bolton (Weitz &

---

[5] *In re East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio).
[6] *In re Columbia Gas Cases*, No. 18770-CV-001343G (Mass. Sup. Ct.)
[7] *In re Willowbrook Ethylene Oxide Litigation*, No. 2018-L-010475 (Ill. Cir. Ct.).

Luxenberg), Daniel Rock Flynn (DiCello Levitt), Jesse Creed (Panish Shea Ravipudi), and Margaret Galka (Collins Law Group) to serve on the PEC, which will consult with the co-leads on strategic decisions and lead the substantive work of various subcommittees. Although the *Carey* Group has the financial and personnel resources to effectively represent the class, this proposal leaves room for the Court to appoint additional attorneys to the PEC whose experience and skills would benefit the class.

**Subcommittees.** If appointed to leadership, the *Carey* Group would establish the following subcommittees: (1) Law and Briefing, (2) Discovery, (3) Experts, (4) Businesses, (5) Community Outreach, (6) Time and Expense, and (7) Trial. This committee structure will allow for broad participation by qualified counsel.

**C. The *Carey* Group Meets All Factors Under Rule 23(g)**

Under Federal Rule of Civil Procedure 23(g)(1)(A), the Court must consider:

> (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class.

The *Carey* Group amply satisfies each of these considerations.

**Work to Benefit the Class.** Since the emergency at Defendants' Garden Grove plant ("GKN emergency"), the *Carey* Group has taken the following steps to investigate potential legal claims and lay the groundwork for successful litigation:

- Sent a detailed evidence preservation letter to Defendants, including 43 specific items that Defendants must gather, preserve, and maintain for this litigation, and served demands for inspection and sampling in their matters, then pending in California Superior Court.

- Spoken to hundreds of putative class members who reached out to counsel in order to gather information about the impacts of the GKN emergency.

- Tracked all cases filed in state and federal court regarding the GKN emergency, initiated a Zoom meeting with all attorneys involved, and maintained regular contact with attorneys outside of the *Carey* Group to share information and promote coordination.

- Consulted with and retained an experienced environmental engineer.

- Issued records requests to six government offices regarding the Garden Grove plant and the GKN emergency, at least one of which has produced records.

**The *Carey* Group's Experience Will Benefit the Class.** The *Carey* Group includes attorneys with a proven track record of handling environmental class actions who are knowledgeable about class action law and the claims at issue in this case.

***Deanna Pihos, Miner, Barnhill & Galland.*** Ms. Pihos is a partner at Miner, Barnhill & Galland, based in the Los Angeles area, with nearly twenty years of complex litigation experience. Her practice includes environmental class actions involving industrial pollution, nuisance, negligence, toxic releases, and harm to neighboring communities. Ms. Pihos served on the PEC in *Grasley v. Chemtool*, a negligence and nuisance class action arising from an explosion and fire at a chemical plant that resulted in a $100 million settlement for residents' property damage and lost use and enjoyment. Together with firms in the *Carey* Group, Ms. Pihos is working on behalf of a putative class in the *Bio-Lab* litigation, and previously represented residents exposed to noxious emissions from a corn wet mill.

As co-lead counsel, Ms. Pihos would bring extensive experience managing and trying complex cases. She has held leading roles at trial in cases involving voluminous discovery, numerous experts, and highly technical industrial operations. Together with Ms. Galka, she represented more than 80 individuals harmed by a medical sterilization facility's emission of a carcinogen into a residential community and helped secure a $363 million jury verdict in the first individual case tried, paving the way for favorable resolutions for hundreds of others.

Ms. Pihos has been trusted by the Attorneys General of many states to litigate consumer protection matters against pharmaceutical companies and other defendants. In the "AWP Litigation," she and her colleagues tried numerous cases and recovered over $1 billion for the firm's state clients. Ms. Pihos earned her B.S. from Northwestern University and her J.D. from Cornell. She clerked for Judge Rebecca Pallmeyer of the U.S. District Court for the Northern District of Illinois and Judge Milan Smith, Jr. of the U.S. Court of Appeals for the Ninth Circuit.

***Jack Rutherford, Morgan & Morgan*.** Mr. Rutherford is a member of Morgan & Morgan's Complex Litigation Department. Based in Los Angeles, he has more than eighteen years of experience in complex civil cases. His practice spans environmental class actions, products liability, catastrophic fires, and mass torts. As co-lead counsel, Mr. Rutherford would bring his experience managing large-scale cases involving numerous parties, extensive discovery, and sophisticated legal and scientific issues. Most notably, he filed the first cases arising from a pharmaceutical company's alleged failure to market a safer alternative drug for HIV treatment and prevention. He currently serves on the PEC and as Co-Chair of the Science and Expert Committee in *In re Gilead Tenofovir Cases*, California JCCP No. 5043, where he helps coordinate expert strategy and scientific issues on behalf of thousands of plaintiffs.

Mr. Rutherford would bring a well-rounded perspective to leadership in this matter. Before joining Morgan & Morgan, he operated his own plaintiffs' practice for nearly a decade, where he managed every aspect of litigation and tried numerous cases to verdict. Earlier in his career, he managed complex litigation at a major defense firm. Mr. Rutherford's unique combination of plaintiffs-side leadership, trial experience, management experience, and defense-side perspective positions him to lead this litigation. Mr. Rutherford earned his B.A. from the University of Denver and his J.D. from Columbia Law School. He clerked for the Honorable Barbara Madsen, former Chief Justice of the Washington Supreme Court.

***Devin Bolton, Weitz & Luxenberg.*** Ms. Bolton is a Los Angeles-based partner at Weitz & Luxenberg in the firm's Environmental, Toxic Torts and Consumer Protection Department. Her exclusive focus is plaintiffs' mass tort litigation, and she has played an integral role in complex and high-profile environmental and consumer protection matters.

With over fourteen years of experience in mass torts, Ms. Bolton has been involved in all aspects of complex civil litigation, including the preparation of master pleadings, plaintiff fact sheet design and implementation, negotiating discovery and ESI protocols, conducting liability and damages discovery, developing experts, dispositive motion practice, preparation for bellwether trials, and settlement. She held several leadership roles in the *In re Southern California Gas Leak Cases,* JCCP No. 4861 (Los Angeles Sup. Ct.), including on the discovery, experts, and law and briefing committees, and she was a member of the trial team. Her work on the case was instrumental in helping secure a $1.8 billion settlement on behalf of over 36,000 plaintiffs. Ms. Bolton currently serves on the Science and Expert Committee for *In re Camp Lejeune Water Litigation*, No. 7:23-cv-00897 (E.D. NC), and on the Plaintiffs' Executive Committee for the Roblox Corporation Child Exploitation Litigation MDL (N.D. Cal.).

***Daniel Rock Flynn, DiCello Levitt.*** Mr. Flynn leads DiCello Levitt's Environmental Litigation practice and has held leadership positions on a wide range of environmental matters. He represents state and local governments in multi-billion-dollar cases against PFAS manufacturers and the world's largest oil companies. As court-appointed co-lead class counsel in the *Chemtool* litigation, which arose from a catastrophic plant explosion and fire, Mr. Flynn was instrumental in negotiating and structuring a settlement providing significant relief for class members. He is currently interim co-lead class counsel in the *Bio-Lab* litigation.

Mr. Flynn is a skilled negotiator, leveraging his experience working with corporations on environmental compliance to discover pressure points and areas for

compromise, resulting in significant recoveries for his clients. He has worked with a variety of chemical companies in developing and auditing chemical safety programs under OSHA standards and EPA regulations, including process safety management, HAZWOPER, and HazCom programs and risk management plans—issues highly relevant to this litigation.

***Jesse Creed, Panish Shea Ravipudi.*** Mr. Creed is a partner at Panish Shea Ravipudi, based in the Los Angeles area, with more than fifteen years of complex litigation experience. His experience includes playing a key role in a negligence and nuisance action arising from the largest natural gas leak in United States history. In that case, Mr. Creed represented over 36,000 plaintiffs who suffered personal injury and property damage and was instrumental in securing a settlement of up to $1.8 billion for affected individuals. Mr. Creed has held leadership roles in multiple other complex cases, including *In re Maui Fires Litigation*, where he argued before the Hawaii Supreme Court and helped secure a global settlement of $4.8 billion. Mr. Creed currently serves as Liaison Counsel in the Social Media Addiction Cases, which are pending in Los Angeles Superior Court against major technology companies. Mr. Creed has also served as lead trial counsel in other high-profile litigation, including a recent $59 million verdict against Bill Cosby in *Motsinger v. Cosby*. For his work in high-stakes, complex litigation, including *In re Southern California Gas Leak Cases*, Mr. Creed has been awarded the distinguished California Lawyer Attorney of the Year ("CLAY") award three times.

***Margaret Galka, Collins Law Group.*** Ms. Galka is a partner at Collins Law Group, which has represented plaintiffs in environmental and mass tort litigation nationwide for more than three decades. Ms. Galka joined the firm in 2018 and has spent her career litigating complex environmental contamination and toxic exposure cases on behalf of plaintiffs, including class actions and mass torts arising from chemical releases, threats of exposure to industrial chemicals, emergency evacuations, chemical fires, interference with property rights, groundwater and soil

contamination, and vapor intrusion. Most significantly, along with Ms. Pihos, Ms. Galka represented more than 80 individuals harmed by exposure to a carcinogen released by a medical sterilization facility and served as trial co-counsel in the first case that resulted in a $363 million jury verdict, the largest reported single-plaintiff verdict in Illinois history at the time. Along with firms in the *Carey* Group, Ms. Galka helps to lead discovery efforts in the *Bio-Lab* litigation. Beyond her practice, Ms. Galka serves as a founding board member of Environmental Justice Community Action Network ("EJCAN"), a nonprofit that works with communities to address pollution from hazardous waste sites and secure access to safe drinking water.

**The *Carey* Group Will Commit the Necessary Resources.** The *Carey* Group understands from experience the substantial time and financial commitments this case will require. Each of the firms will devote the personnel, time, and financial resources necessary to achieve a favorable result. At the same time, the Group is mindful of the need for efficient case management and would implement a thoughtful time-and-expense protocol governing staffing, assignments, costs, and billing. Members of the Group have used such protocols in other litigation to control costs, while also ensuring that their work on behalf of the class is effective.

## CONCLUSION

The *Carey* Group respectfully requests that the Court appoint Deanna Pihos and Jack Rutherford as co-lead class counsel, Devin Bolton, Daniel Rock Flynn, Jesse Creed, and Margaret Galka to the PEC, and make such other appointments that are in the best interest of the Class.

Dated: July 16, 2026 Respectfully submitted,

*/s/ Jack Rutherford*

Jack Rutherford (SBN 268669)
jack.rutherford@forthepeople.com
**MORGAN & MORGAN, LLP**
**Complex Litigation Group**
12300 Wilshire Blvd, Ste 200

Los Angeles, CA 90025
Tel: (213) 755-8981
Fax: (213) 757-6101

Frank M. Petosa, Esq.*
fpetosa@forthepeople.com
**MORGAN & MORGAN, LLP**
**Complex Litigation Group**
8151 Peters Road Suite 4000
Plantation, FL 33324

Rene F. Rocha III, Esq.*
rrocha@forthepeople.com
**MORGAN & MORGAN, LLP**
**Complex Litigation Group**
909 Poydras Street, Suite 1625
New Orleans, LA 70112
*Counsel for the Burciaga Plaintiffs*

*/s/ Deanna N. Pihos*
Deanna N. Pihos (SBN 291249)
dpihos@lawmbg.com
Allison K. Lee (SBN 352570)
alee@lawmbg.com
**MINER, BARNHILL & GALLAND, P.C.**
2660 Townsgate Road
800 Village Park, Suite C
Westlake Village, CA 91361
Tel.: (312) 751-1170

Robert S. Libman*
rlibman@lawmbg.com
Roisin Duffy-Gideon*
rduffy@lawmbg.com
**MINER, BARNHILL & GALLAND, P.C.**
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
Tel.: (312) 751-1170
*Counsel for the Carey Plaintiffs*

*/s/ Devin Bolton*
Devin Bolton (SBN 290037)
dbolton@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suit 700
Los Angeles, CA 90067
Phone: (212) 558-5500
Fax: (212) 344-5461

Diana Gjonaj*
dgjonaj@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
Phone: (313) 800-4167
Fax: (212) 344-5461
*Counsel for the Mariscal Plaintiffs*

*/s/ Daniel Rock Flynn*
Daniel R. Flynn*
dflynn@dicellolevitt.com
Adam J. Levitt*
alevitt@dicellolevitt.com
Anna Claire Skinner*
askinner@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
*Counsel for the Carey Plaintiffs*

*/s/ Jesse Creed*
Jesse Creed, Esq. (SBN 272595)
jcreed@panish.law
Brian Panish (SBN 116060)
bpanish@panish.law
**Panish Shea Ravipudi LLP**
11111 Santa Monica Blvd., Ste. 700
Los Angeles, CA 90025
Tel: (310) 477-1700
Fax: (310) 477-1699

*Counsel for the Burciaga Plaintiffs*

*/s/ Margaret Galka*
Margaret Galka*
mgalka@collinslaw.com
Edward J. Manzke*
ejmanzke@collinslaw.com
**COLLINS LAW GROUP, PC**
1770 Park St., Ste. 200
Naperville, Illinois 60563
Tel.: (630) 527-1595
*Counsel for the Carey Plaintiffs*

**Pro Hac Vice applications forthcoming*

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing *Carey* Group's Joint Application for Consideration as Interim Class Counsel. Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 16, 2026

By: /s/ *Jack Rutherford*
Jack Rutherford

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.1**

The undersigned counsel of record for Plaintiffs hereby certifies that this Joint Application for Consideration as Interim Class Counsel is no more than eight pages, excluding the caption, signature block, and certification. An eight-page limit for applications was established in the Hon. Judge Almadani's July 8, 2026 Order.

Dated: July 16, 2026

By: /s/ *Jack Rutherford*
Jack Rutherford