UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 26-01724-MRA (KESx) | Date | July 23, 2026 |
| Title | Melanie Rose Burciaga et al v. GKN Aerospace Services Limited et al | | |

PRESENT:

**HONORABLE MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER CLOSING CONSOLIDATED CASE**

On July 8, 2026, this Court entered an order consolidating several related matters into the master case file, In re Garden Grove Chemical Plant Evacuation: 8:26-cv-01293-MRA-KES. The Court determines that this case meets the same criteria and should be consolidated. Accordingly, this case is hereby CONSOLIDATED into the master case and CLOSED.

- : -

Initials of Deputy Clerk mku